UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

LEWIS O. SAMS            CIVIL ACTION NO.: 5:10-CV-01223

VERSUS                  JUDGE STAGG

STATE OF LOUISIANA, DEPARTMENT
OF PUBLIC SAFETY AND CORRECTIONS,
AND ERIC N. SCHONFARBER       MAGISTRATE JUDGE HORNSBY

## ANSWER TO PETITION

**NOW INTO COURT**, through undersigned counsel, comes the **STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** who for the purposes of this **ANSWER TO PETITION** respectfully represents as follows:

1.

The allegations contained in Paragraph 1 of the Petition are admitted.

2.

The allegations contained in Paragraph 2 of the Petition are admitted.

3.

The allegations contained in Paragraph 3 of the Petition are admitted as to Judge Sams place of employment and the fact that Trooper Schonfarber was conducting official business as a State Trooper of the Louisiana State Police, but the other

allegations contained in Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 of the Petition are admitted.

5.

The allegations contained in Paragraph 5 of the Petition are admitted as to Judge Sams stopped in the parking lot of the Red River Parish Courthouse and it is his place of employment and the he did not have his seat belt on while driving his vehicle, but the other allegations contained in Paragraph 5 are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in paragraph 6 of the Petition are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 of the Petition are admitted as to the fact that Trooper Schonfarber was acting in his capacity as an employee of the State of Louisiana, Department of Public Safety and Corrections, but the other allegations of paragraph 7 are denied.

8.

The allegations contained in paragraph 8 of the Petition are denied.

9.

The allegations contained in paragraph 9 of the Petition are denied.

10.

The allegations contained in paragraph 10 of the Petition are denied.

11.

The allegations contained in paragraph 11 of the Petition are denied.

12.

The allegations contained in paragraph 12 of the Petition require no answering.

**AND NOW FURTHER ANSWERING THE PETITION, DEFENDANT** respectfully represents:

13.

**THE DEFENDANT, STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** is not liable to the plaintiff for any damages allegedly sustained.

14.

The fault of Judge Sams in failing to properly identify himself as a Judge and failing to comply with legitimate request of Trooper Schonfarber to show his badge to the Trooper.

15.

In the alternative, should it be determined that the incident at issue was caused by the fault of Trooper Schonfarber, which is at all times denied, then the defendant pleads the doctrine of comparative fault, and requests that its liability be reduced in accordance with law and according to the fault of the plaintiff.

16.

Defendant pleads the doctrine of sovereign immunity; alternatively, defendant pleads that any recovery that it may be adjudicated to owe arising from this matter is subject to the limitations for damages is established under law for actions against it, including, but not limited to, La. R.S. 13:5106 and 5112.

**WHEREFORE STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS PRAYS,** that this Answer be deemed good and sufficient and that after due proceedings are had, that the claims of the plaintiff be dismissed with prejudice at his cost, as well as for all general, equitable and just relief necessary under the premises.

JAMES D. CALDWELL
Attorney General


By: /s/ Paul J. Carmouche
    Paul Carmouche
    Special Assistant Attorney General
    Bar Roll No. 02205
    912 Kings Highway
    Shreveport, LA 71104
    318/222-2100

    ATTORNEYS FOR STATE OF
    LOUISIANA, DEPARTMENT OF
    PUBLIC SAFETY AND CORRECTIONS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| LEWIS O. SAMS | CIVIL ACTION NO.: 5:10-CV-01223 |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, AND ERIC N. SCHONFARBER | MAGISTRATE JUDGE HORNSBY |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer to Petition, has been served upon:

1. Mr. T. Taylor Townsend
   Attorney at Law
   P.O. Box 756
   Natchitoches, Louisiana 71458-0758

2. Mr. Richard King
   Attorney at Law
   P.O. Box 1534
   Shreveport, Louisiana 71165-1534

3. Mr. Daniel R. Keele
   Attorney at Law
   2800 Youree Drive, Suite 464
   Shreveport, LA 71104

by depositing a copy of same in the United States Mail, postage properly affixed, on this 20th day of September, 2010.

/s/ Paul J. Carmouche
Of Counsel